# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**LOGISTICS MANAGEMENT, INC.,**
    **Plaintiff,**

v.    Case No. 07-C-400

**ASSOCIATED GLOBAL SYSTEMS, INC.,**
    **Defendant.**

## ORDER

Based upon the notice of the plaintiff and Fed. R. Civ. P. 41(a)(1),

**IT IS ORDERED** that all claims in the above-captioned matter be and hereby are dismissed without prejudice.

Dated at Milwaukee, Wisconsin, this 25 day of September, 2007.

/s_____
LYNN ADELMAN
District Judge